Daniel A. Mann
Nevada Bar No. 15594
 *Danielmann@cozen.com*
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: 702.470.2330
Facsimile: 702.470.2370

Miguel Alexander Pozo
*Pro Hac Vice* forthcoming
 *mpozo@cozen.com*
Bethany A. Vasquez
*Pro Hac Vice* forthcoming
 *bavasquez@cozen.com*
Di Addy Tang
*Pro Hac Vice* forthcoming
 *dtang@cozen.com*
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914

Attorneys for Defendants
ECOLAB, INC. and NALCO COMPANY LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BROOKE GILLIHAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>ECOLAB, INC., a Foreign Corporation; NALCO COMPANY LLC, a Foreign Limited Liability Company<br><br>Defendants. | Case No.: 3:25-cv-00347-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ECOLAB, INC. AND NALCO COMPANY LLC'S TO RESPOND TO PLAINTIFF BROOKE GILLIHAN'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff BROOKE GILLIHAN ("Plaintiff") and Defendants ECOLAB, INC. and NALCO COMPANY LLC (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their attorneys of record in this case, hereby stipulate and agree as follows:

/ / /

1.  WHEREAS, on July 11, 2025, Plaintiff filed a Complaint against Defendants [ECF No. 1];

2.  WHEREAS, Plaintiff served Defendants with the Complaint on July 17, 2025;

3.  WHEREAS, Defendants' deadline to respond to the Complaint is August 7, 2025;

4.  WHEREAS, counsel for Defendants have just been retained for this case and need additional time to investigate the claims in the Complaint;

5.  WHEREAS, Good cause exists to extend the deadline for Defendants to respond to Plaintiff's Complaint, and such extension will not impact any other deadlines or schedule for this case;

6.  WHEREAS, this is the Parties first stipulation for extension of time to respond to the Complaint;

7.  NOW, THEREFORE, subject to Court approval, it is HEREBY STIPULATED by and between Plaintiff and Defendants that Defendants shall have an extension to and including **September 5, 2025** to answer, move, or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

Dated:   August 5, 2025          **HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Michael Arata*
Michael Arata, Esq. (Nevada Bar No. 11902)
marata@hkm.com
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel.: (702) 577-3029; Fax: (702) 577-3029
*Attorneys for Plaintiff BROOKE GILLIHAN*

Dated:   August 5, 2025          **COZEN O'CONNOR**

By: */s/ Daniel A. Mann*
Daniel A. Mann, Esq. (Nevada Bar No. 15594)
Danielmann@cozen.com
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Tel.: (702) 470-2326; Fax: (702) 470.2370
*Attorneys for Defendants ECOLAB, INC. and NALCO COMPANY LLC*

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendants ECOLAB, INC. and NALCO COMPANY LLC shall have until **September 5, 2025** to answer or otherwise respond to Plaintiff's Complaint.

DATE: August 6, 2025

_____
UNITED STATES MAGISTRATE JUDGE