**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BROOKE GILLIHAN,<br><br>      Plaintiff,<br><br>v.<br><br>ECOLAB, INC. *and* NALCO CO. LLC,<br><br>      Defendants. | Case No. 3:25-CV-00347-MMD-CLB<br><br>**ORDER REGARDING NOTICE OF WITHDRAWAL AS ATTORNEY**<br><br>[ECF No. 26] |

  On September 9, 2025, Defendants Ecolab, Inc. and Nalco Co. LLC (collectively referred to as "Defendants") filed a notice of withdrawal of Attorney Daniel A. Mann ("Mann") as their attorney of record. (ECF No. 26.) As a notice of appearance as attorney of record was filed by Attorney Frank Toddre ("Toddre") on the same day. (ECF No. 25). To the extent Mann is withdrawing as counsel, a "notice of withdrawal" is improper under the Local Rules. *See* LR IA 11-6(b). Rather, Defendants must file a *motion* for withdrawal must be submitted that provides the basis for the withdrawal. To the extent that Defendants are attempting to substitute Toddre as counsel for Mann, the Local Rules require a stipulation to substitute attorneys be filed that is "signed by the newly-appearing attorneys, the withdrawing attorneys, and the represented client." LR IA 11-6(c). That stipulation must be approved by the Court. *Id.*

  Accordingly, the "notice of withdrawal," (ECF No. 26), is improper and stricken from the record.

  **IT IS SO ORDERED**.

  **DATED**:  September 10, 2025  .

                       **UNITED STATES MAGISTRATE JUDGE**