Frank Toddre
Nevada Bar No. 11474
*ftoddre@cozen.com*
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: 702.470.2330
Facsimile: 702.470.2370

Miguel Alexander Pozo
*Pro Hac Vice* granted
  *mpozo@cozen.com*
Bethany A. Vasquez
*Pro Hac Vice* submitted
  *bavasquez@cozen.com*
Di Addy Tang
*Pro Hac Vice* submitted
  *dtang@cozen.com*
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914

Attorneys for Defendants
ECOLAB, INC. and NALCO COMPANY LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE GILLIHAN, an Individual<br><br>       Plaintiff,<br><br>   vs.<br><br>ECOLAB, INC., a Foreign Corporation; NALCO COMPANY LLC, a Foreign Limited Liability Company<br><br>       Defendants. | Case No.: 3:25-cv-00347-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY DANIEL MANN, ESQ AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

Pursuant to LR IA 11-6 (b), Daniel A. Mann, of the law firm Cozen O'Connor, respectfully moves this Court to withdraw as counsel for Defendants ECOLAB, INC. and NALCO COMPANY, LLC ("Defendants"). Mr. Mann further requests to be removed from the Court's CM/ECF electronic service list with respect to this matter.

**1**

**MOTION TO WITHDRAW OF DANIEL A. MANN AS ATTORNEY OF RECORD FOR DEFENDANTS
ECOLAB, INC. AND NALCO COMPANY LLC**
LEGAL\80159623\1

LR IA 11-6 States as follows:

If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise

No party will be prejudiced by Mr. Mann's withdrawal, and such withdrawal will not cause any delay. Attorney Frank Toddre II has made his appearance on the record as 'local counsel' for the Defendants.[1] Mr, Mann will no longer be associated with the law firm Cozen O'Connor and therefore he respectfully request the Court grant this leave to withdraw and remove Daniel A. Mann from the Court's CM/ECF electronic service list.

The law firm of Cozen O'Connor shall continue representation. This shall not cause any delay regarding any future hearings, which includes the telephonic conference and early neutral evaluation session set for November.[2]

**REQUEST FOR RELIEF**

WHEREFORE, the undersigned counsel respectfully requests that the Court:

1. Grant this Motion so that Daniel A. Mann, Esq. of Cozen O'Connor withdrawal as Counsel for Defendants, ECOLAB, INC. and NALCO COMPANY, LLC; and

2. Grant this Motion to remove Daniel A. Mann. from the Court's CM/ECF electronic service list.

Dated:    September 18, 2025          COZEN O'CONNOR

By:  /s/ Frank Toddre
Frank Toddre, Esq.
Nevada Bar No. 11474
Attorneys for Defendants
ECOLAB, INC. and NALCO
COMPANY LLC

---

[1] ECF No. 25.
[2] ECF No. 23 and 24.

**2**

**MOTION TO WITHDRAW OF DANIEL A. MANN AS ATTORNEY OF RECORD FOR DEFENDANTS ECOLAB, INC. AND NALCO COMPANY LLC**
LEGAL\80159623\1

**IT IS SO ORDERED.**

_____
**UNITED STATE MAGISTRATE JUDGE**

Date: September 19, 2025

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

3

**MOTION TO WITHDRAW OF DANIEL A. MANN AS ATTORNEY OF RECORD FOR DEFENDANTS ECOLAB, INC. AND NALCO COMPANY LLC**
LEGAL\80159623\1