Frank Toddre
Nevada Bar No. 11474
*ftoddre@cozen.com*
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone:  702.470.2330
Facsimile:   702.470.2370

Miguel Alexander Pozo
*Pro Hac Vice* granted
 *mpozo@cozen.com*
Bethany A. Vasquez
*Pro Hac Vice* granted
 *bavasquez@cozen.com*
Di Addy Tang
*Pro Hac Vice* granted
 *dtang@cozen.com*
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914

Attorneys for Defendants
ECOLAB, INC. and NALCO COMPANY LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE GILLIHAN, an Individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ECOLAB, INC., a Foreign Corporation; NALCO COMPANY LLC, a Foreign Limited Liability Company<br><br>　　　　Defendants. | Case No.: 3:25-cv-00347-CLB<br><br>**ORDER GRANTING EXTENSION OF THE THE DEADLINE TO FILE STIPULATION TO DISMISS** |

Plaintiff BROOKE GILLIHAN ("Plaintiff") and Defendants ECOLAB, INC. and NALCO COMPANY LLC ("Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Status Report and request that the Court enter an Order extending

1

**JOINT STATUS REPORT AND ORDER TO EXTEND THE DEADLINE TO FILE STIPULATION TO DISMISS - CASE NO. 3:25-CV-00347**

the December 19, 2025 deadline for the Parties to file a Stipulation to Dismiss by fourteen (14) days.

## I. STATUS OF THE CASE

The Parties reached a settlement agreement in this matter following the November 17, 2025 Early Neutral Evaluation before Magistrate Judge Craig S. Denney. On November 19, 2025, the Court ordered the Parties to file a Stipulation to Dismiss by December 19, 2025.

## II. STATUS OF SETTLEMENT

The Parties have worked diligently on preparing and finalizing the Settlement Agreement and entered into an executed Settlement Agreement on November 26, 2025. Defendants have also worked diligently on processing payments of the settlement sum to Plaintiff and her counsel but need additional time to finalize two of the three payments outlined in the Settlement Agreement. Therefore, the Parties respectfully request that the Court issue an Order extending the deadline for the Parties to file a Stipulation to Dismiss.

## III. CONCLUSION

Accordingly, the Parties respectfully request that the Court enter an Order extending the deadline for the Parties to file a Stipulation to Dismiss by fourteen (14) days, to January 2, 2026.

Dated: December 17, 2025                COZEN O'CONNOR

By: */s/ Frank A. Toddre II*
Bethany A. Vasquez (*Pro Hac Vice* granted)
Di Addy Tang (*Pro Hac Vice* granted)
Frank A. Toddre II (NV Bar 11474)
Attorneys for Defendants
ECOLAB, INC. and NALCO COMPANY LLC

Dated: December 16, 2025                HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Michael Arata*
Michael Arata, Esq. (Nevada Bar No. 11902)
Attorney for Plaintiff
BROOKE GILLIHAN

**2**

**JOINT STATUS REPORT AND ORDER TO EXTEND THE DEADLINE TO FILE STIPULATION TO DISMISS - CASE NO. 3:25-CV-00347**

**ORDER**

IT IS SO ORDERED. The deadline for the Parties to file a Stipulation to Dismiss is extended. The Parties shall file a Stipulation to Dismiss on or before January 2, 2026.

Dated: December 18, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3

**JOINT STATUS REPORT AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO FILE STIPULATION TO DISMISS - CASE NO. 3:25-CV-00347**