Frank Toddre
Nevada Bar No. 11474
*ftoddre@cozen.com*
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone:  702.470.2330
Facsimile:  702.470.2370

Miguel Alexander Pozo
*Admitted Pro Hac Vice*
  *mpozo@cozen.com*
Bethany A. Vasquez
*Admitted Pro Hac Vice*
  *bavasquez@cozen.com*
Di Addy Tang
*Admitted Pro Hac Vice*
  *dtang@cozen.com*
COZEN O'CONNOR
388 Market Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 644-0914

Attorneys for Defendants
ECOLAB, INC. and NALCO COMPANY LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROOKE GILLIHAN, an Individual<br><br>        Plaintiff,<br><br>    vs.<br><br>ECOLAB, INC., a Foreign Corporation;<br>NALCO COMPANY LLC, a Foreign Limited<br>Liability Company<br><br>        Defendants. | Case No.: 3:25-cv-00347-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendants ECOLAB, INC. and NALCO COMPANY LLC, by and through their counsel of record, Frank Toddre, Bethany Vasquez and Di Addy Tang, of Cozen O'Connor, and Plaintiff BROOKE GILLIHAN by and through her counsel of record, Michael Arata, of HKM Employment Attorneys LLP, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this matter be dismissed with prejudice, and that each party bear their own attorney fees and costs.

**1**

**STIPULATION AND ORDER TO DISMISS- CASE NO.: 3:25-CV-00347-CLB**

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111

This submission is made pursuant to the Court's order to file the instant stipulation and/or status report by January 20, 2026. (ECF No. 44). Trial in this matter has not been set.

DATED this 15th day of January, 2026.          DATED this 15th day of January, 2026.

COZEN O'CONNOR                                  HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Frank Toddre*                          By: ___*/s/ Michael Arata*___
FRANK TODDRE                                    MICHAEL ARATA , ESQ.
Nevada Bar No. 11474                            Nevada Bar No. 11902
1180 North Town Center Drive, Suite 260         101 Convention Center Drive, Suite 600
Las Vegas, NV 89144                             Las Vegas, NV 89101
ftoddre@cozen.com                               marata@hkm.com

### ORDER

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that the trial in this matter has not been set.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint on file herein shall be DISMISSED WITH PREJUDICE, and that each party bear their own attorney fees and costs.

Dated: <u>January 15, 2026.</u>

_____
HON. JUDGE CARLA BALDWIN

Respectfully submitted by:

COZEN O'CONNOR

By: */s/ Frank Toddre*
Frank Toddre
Nevada Bar No. 11474
1180 North Town Center Drive, Suite 260
Las Vegas, NV  89144
*Attorneys for Defendants ECOLAB, INC*
*and NALCO COMPANY LLC*

STIPULATION AND ORDER TO DISMISS- CASE NO.: 3:25-CV-00347-CLB

COZEN O'CONNOR
388 MARKET STREET
SUITE 1000
SAN FRANCISCO, CA 94111